UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CRYSTAL ANNETTE LAYNE,<br><br>       Defendant. | Case No. 2:23-mj-00414-VCF-1<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, September 27, 2023 at 9:00 a.m., be vacated and continued to November 1, 2023 at the hour of 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

     DATED this 26th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3