# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  CRYSTAL ANNETTE LAYNE,  Defendant. | Case No. 2:23-mj-00414-VCF-1  **Order** |

Based on the representations of counsel, the Court finds that Ms. Layne has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

IT IS THEREFORE ORDERED that Ms. Layne is permitted to withdraw her guilty plea to Count One: Operating a Motor Vehicle while Under the Influence of Alcohol.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

Dated this 24 day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE